1068

[Nos. 39641-6-II; 39731-5-II.   Division Two.   September 21, 2010.]

*In the Matter of the Dependency of* E.H.

Appeals from a judgment of the Superior Court for Kitsap County, No. 05-7-00479-7, M. Karlynn Haberly, J., entered July 15, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Worswick, JJ.

[No. 39863-0-II.   Division Two.   September 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL LAURICE COOMBS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01816-4, Robert L. Harris, J., entered August 28, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 28360-7-III.   Division Three.   September 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN ALLEN BENNETT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-02667-4, Neal Q. Rielly, J., entered August 3, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 28529-4-III.   Division Three.   September 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JACQUELINE A. WORTHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-01169-1, Michael P. Price, J., entered September 16, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Siddoway, JJ.